## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Karen L. Sapp, | ) | Case No 16-21258 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | Document No. |
| Karen L. Sapp, | ) | |
| Social Security No. XXX-XX-2375 | ) | |
| | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 27, 2016, a true and correct copy of the foregoing Amended Wage Order to Pay Trustee and Notification of Debtors Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

City of Pittsburgh  
Attn: Payroll Department  
414 Grant Street  
Pittsburgh, PA 15219  

Ronda J. Winnecour, Trustee  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Date: October 27, 2016

By:/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
707 Grant Street  
Suite 2830, Gulf Tower  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I.D. No.  209201