**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KAREN L. SAPP | Case No. 16-21258JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PITTSBURGH WATER & SEWER AUTH* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| PITTSBURGH WATER & SEWER AUTH* | Court claim# 5/Trustee CID# 19 |
| C/O JORDAN TAX SERVICE INC* | |
| 102 RAHWAY RD | |
| MCMURRAY, PA 15317 | |

The Movant further certifies that on 09/27/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
| original creditor | PITTSBURGH, PA  15219 |
| putative creditor | (412) 471-5566 |
| counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
| counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>KAREN L. SAPP, 123 BROADCREST DRIVE, PITTSBURGH, PA  15235 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| :<br>GOEHRING RUTTER & BOEHM, 1424 FRICK BLDG, 437 GRANT ST, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR:<br>PITTSBURGH WATER & SEWER AUTH*, C/O JORDAN TAX SERVICE INC*, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 | |
| NEW CREDITOR: | |