**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Karen L. Sapp**
  Debtor(s)

Bankruptcy Case No.: 16–21258–JAD

Chapter: 13
Docket No.: 61 – 56
Concil. Conf.: November 21, 2019 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __23rd____ day of _October_____, _2019_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on   October 23, 2019       /s/ Lauren M. Lamb_____
                  (Date)                           (Signature)

_Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-21258-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Oct 23 07:59:27 EDT 2019 | Allegheny County Real Estate<br>c/o John Weinstein - County Treasure<br>PO Box 643385<br>Pittsburgh, PA 15264-3385 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 |
| BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | Chase<br>P.O. Box 469030<br>Denver, CO 80246-9030 | County of Allegheny<br>c/o Goehring Rutter & Boehm<br>    437 Grant Street, 14th Floor<br>    Pittsburgh, PA 15219-6101 |
| (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4867 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| Andrew F Gornall<br>240 West 10th Street<br>Erie, PA 16501 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank National Association<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas<br>P.O. Box 26784<br>Richmond, VA 23261-6784 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 | Pittsburgh Parking Court<br>P.O. Box 640<br>Pittsburgh, PA 15230-0640 |
| Pittsburgh Water & Sewer Authority<br>c/o Goehring Rutter & Boehm<br>    437 Grant Street, 14th Floor<br>    Pittsburgh, PA 15219-6101 | Professional Account Management<br>633 W. Wisconsin Avenue<br>Milwaukee, WI 53203-1920 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Karen L. Sapp<br>123 Broadcrest Drive<br>Pittsburgh, PA 15235-1018 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Stuart-Lippman & Associates, Inc.<br>Stuart-Lippman & Associates, Inc.<br>5447 E 5th Street, Suite 110<br>Tucson, AZ 85711-2345 |
| US Bank Trust N.A, as Trustee<br>c/o BSI Financial Services<br>1525 Greenway Dr., Ste. 400<br>Irving, TX 75038 | Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Protection Association
13355 Noel Road
Dallas, TX 75240

Seterus
14523 SW Millikan Way
Suite 200
Beaverton, OR 97076-4121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allegheny County

(u)Duquesne Light Company

(u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

(u)PNC Bank, NA

(u)Pittsburgh Water & Sewer Authority

(u)Seterus, Inc. as the authorized subservice

(u)Standard Insurance Company

(u)US Bank Trust N.A, as Trustee of Bungalow

End of Label Matrix
Mailable recipients    28
Bypassed recipients     8
Total                  36