IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Karen L. Sapp, ) | Bankruptcy No. 16-21258-JAD |
| ) | Chapter 13 |
|     Debtor ) | Document No. 68 |
| ) | |
| Steidl & Steinberg, P.C. ) | |
| ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, Allegheny County Real ) | |
| Estate, BSI Financial Services, Chase, County ) | |
| of Allegheny, Credit Protection Association ) | |
| LP, Duquesne Light Company, Federal ) | |
| National Mortgage Association, PNC Bank ) | |
| National Association, Pennsylvania ) | |
| Department of Revenue, Peoples Natural Gas, ) | |
| Pittsburgh Parking Court, Pittsburgh Water & ) | |
| Sewer Authority, Professional Account ) | |
| Management, Quantum3 Group LLC, ) | |
| Seterus, Inc., Stuart-Lippman & Associates, ) | |
| Inc. and US Bank Trust, N.A., ) | |
| ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __30th__ day of __April__, 2020, after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $1,380.00 for work performed in the Chapter 13 case by Debtor's counsel from March 22, 2016 to April 9, 2020.

2) The Debtor paid her counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $5,380.00, provided, however, the total to be paid through the Plan by the Trustee is $4,780.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $1,380.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) An amended Chapter 13 Plan shall be filed within 14 days of the entry of this Order.

6) The clerk shall record the total compensation as $5,380.00, provided only $4,780.00 is to be paid through the Trustee under the Plan.

FURTHER ORDERED: n/a

FILED
4/30/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4/30/2020

_____ J.
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karen L. Sapp  
    Debtor

Case No. 16-21258-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: llea     Page 1 of 1     Date Rcvd: Apr 30, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.  
db            +Karen L. Sapp,    123 Broadcrest Drive,    Pittsburgh, PA 15235-1018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    PNC Bank, NA andygornall@latouflawfirm.com  
         James Warmbrodt    on behalf of Creditor    PNC Bank, NA bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com  
         Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          pabk@logs.com  
         Lauren M. Lamb    on behalf of Debtor Karen L. Sapp  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Matthew Christian Waldt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                TOTAL: 11