IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Karen L. Sapp, | ) | Case No 16-21258 JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | Related to Document No. 76 |
| Karen L. Sapp, | ) | |
| Social Security No. XXX-XX-2375 | ) | |
| | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 18, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

City of Pittsburgh                             Served by ECF Mail:
Attn: Payroll Department                       Ronda J. Winnecour, Trustee
414 Grant Street
Pittsburgh, PA 15219

Karen Sapp
123 Broadcrest Drive
Pittsburgh, PA 15235

Date of Service: May 18, 2020                  /s/ Lauren M. Lamb
                                               Lauren M. Lamb, Esquire
                                               Attorney for the Debtor

                                               STEIDL & STEINBERG
                                               Suite 2830, Gulf Tower
                                               707 Grant Street
                                               Pittsburgh, PA 15219
                                               (412) 391-8000
                                               Llamb@steidl-steinberg.com
                                               PA I.D. No. 209201