Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Karen L. Sapp**
 Debtor(s)

Bankruptcy Case No.: 16–21258–JAD

Chapter: 13
Docket No.: 79 – 74
Concil. Conf.: July 2, 2020 at 02:30 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __27th____ day of __May_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

   All parties listed on the attached mailing matrix.

Executed on ___May 27, 2020_____     /s/ Lauren M. Lamb_____
                   (Date)                                (Signature)

___Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-21258-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed May 27 11:39:36 EDT 2020 | Allegheny County Real Estate<br>c/o John Weinstein - County Treasure<br>PO Box 643385<br>Pittsburgh, PA 15264-3385 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 |
| BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | County of Allegheny<br>c/o Goehring Rutter & Boehm<br>    437 Grant Street, 14th Floor<br>    Pittsburgh, PA 15219-6101 |
| (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4867 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | Andrew F Gornall<br>240 West 10th Street<br>Erie, PA 16501 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank National Association<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas<br>P.O. Box 26784<br>Richmond, VA 23261-6784 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 |
| Pittsburgh Parking Court<br>P.O. Box 640<br>Pittsburgh, PA 15230-0640 | Pittsburgh Water & Sewer Authority<br>c/o Goehring Rutter & Boehm<br>    437 Grant Street, 14th Floor<br>    Pittsburgh, PA 15219-6101 | Professional Account Management<br>633 W. Wisconsin Avenue<br>Milwaukee, WI 53203-1920 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Karen L. Sapp<br>123 Broadcrest Drive<br>Pittsburgh, PA 15235-1018 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Stuart-Lippman & Associates, Inc.<br>Stuart-Lippman & Associates, Inc.<br>5447 E 5th Street, Suite 110<br>Tucson, AZ 85711-2345 | US Bank Trust N.A, as Trustee<br>c/o BSI Financial Services<br>1525 Greenway Dr., Ste. 400<br>Irving, TX 75038 | Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>P.O. Box 469030<br>Denver, CO 80246 | Credit Protection Association<br>13355 Noel Road<br>Dallas, TX 75240 | Seterus<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97076-4121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allegheny County | (u)Duquesne Light Company | (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| (u)PNC Bank, NA | (u)Pittsburgh Water & Sewer Authority | (u)Seterus, Inc. as the authorized subservice |
| (u)Standard Insurance Company | (u)US Bank Trust N.A, as Trustee of Bungalow | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     8<br>Total                  37 |