**Form 235**

**UNITED STATES BANKRUPTCY COURT**  85 – 74
**WESTERN DISTRICT OF PENNSYLVANIA**  jfur

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No.: 16–21258–JAD |
| | : | |
| | : | Chapter: 13 |
| | : | Issued per the 7/2/2020 Proceeding |
| **Karen L. Sapp** | | |
| Debtor(s) | | |

**ORDER OF COURT CONFIRMING PLAN**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)    PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that the Plan dated 05/14/2020 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre–petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)    IT IS FURTHER ORDERED THAT:*

**A.    ** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.    ** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Jeffery A. Deller
United States Bankruptcy Judge

 Dated: July 9, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21258-JAD
Karen L. Sapp                                                   Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur            Page 1 of 2          Date Rcvd: Jul 10, 2020
                           Form ID: 235          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db        +Karen L. Sapp,    123 Broadcrest Drive,    Pittsburgh, PA 15235-1018
intp      +BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
cr        +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
           Pittsburgh, PA 15212-5860
14219443   Allegheny County Real Estate,    c/o John Weinstein - County Treasure,    PO Box 643385,
           Pittsburgh, PA 15264-3385
14219445  ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
           PLANO TX 75093-4805
          (address filed with court: Credit Protection Association,    13355 Noel Road,
           Dallas, TX 75240)
14231888  +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
           Pittsburgh, PA 15219-6101
14264818   Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 2008,
           Grand Rapids, MI 49501-2008
14206905  +PNC Bank National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
14219446  +Peoples Natural Gas,    P.O. Box 26784,    Richmond, VA 23261-6784
14219447  +Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14231887  +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
           437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14219449  +Professional Account Management,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14219451  ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
          (address filed with court: Seterus,    14523 SW Millikan Way,    Suite 200,
           Beaverton, OR 97076-4121)
14219453   Stuart-Lippman & Associates, Inc.,    Stuart-Lippman & Associates, Inc.,
           5447 E 5th Street, Suite 110,    Tucson, AZ 85711-2345
14650882   US Bank Trust N.A, as Trustee,    c/o BSI Financial Services,    1525 Greenway Dr., Ste. 400,
           Irving, TX 75038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14284962  +E-mail/Text: kburkley@bernsteinlaw.com Jul 11 2020 03:48:00    Duquesne Light Company,
           c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
           Pittsburgh, PA 15219-1945
14219444   E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 03:45:37    Chase,
           P.O. Box 469030,    Denver, CO 80246
14220624   E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2020 03:47:27
           Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                       TOTAL: 3


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         Allegheny County
cr         Duquesne Light Company
cr         JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr         PNC Bank, NA
cr         Pittsburgh Water & Sewer Authority
cr         Seterus, Inc. as the authorized subservicer for Fe
cr         US Bank Trust N.A, as Trustee of Bungalow Series F
14219452   Standard Insurance Company
14219448* +Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14219450* +Professional Account Management,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14219454*  Stuart-Lippman & Associates, Inc.,    Stuart-Lippman & Associates, Inc.,
           5447 E 5th Street, Suite 110,    Tucson, AZ 85711-2345
                                                                       TOTALS: 8, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2        User: jfur            Page 2 of 2           Date Rcvd: Jul 10, 2020
                           Form ID: 235           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    PNC Bank, NA andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, NA bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Lauren M. Lamb    on behalf of Debtor Karen L. Sapp
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Matthew Christian Waldt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 11
```