IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                      )
                                            )      Case No. 16-21258 JAD
        Karen L. Sapp,                      )      Chapter 13
                                            )      Docket No.
                *Debtor*                    )
                                            )
        Karen L. Sapp,                      )
                                            )
                *Movant*                    )
                                            )
        *No Respondent(s)*                  )

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      The Debtor is required to pay Domestic Support Obligation and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (Including amounts due before the petition was filed, but only to the extent provided for in the Plan.)

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On May 12, 2021 at docket number 93, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

        This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


July 5, 2021                                        /s/ Karen L. Sapp_____
Date                                               Debtor



_____                                _____
Date                                               Debtor

Respectfully submitted,


<u>July 6, 2021</u>                                    <u>/s/ Lauren M. Lamb       </u>
DATE                                              Lauren M. Lamb Esquire
                                                 Attorney for the Debtor

                                                 STEIDL & STEINBERG
                                                 707 Grant Street
                                                 Suite 2830, Gulf Tower
                                                 Pittsburgh, PA 15219
                                                 (412) 391-8000
                                                 llamb@steidl-steinberg.com
                                                 PA I.D. No. 209201