**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    KAREN L. SAPP

            Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.: 16-21258 JAD

Chapter 13

Document No.: 102

FILED
8/12/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this <u>12th</u> day of <u>August</u>, 20<u>21</u>, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21258-JAD |
| Karen L. Sapp | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Sapp, 123 Broadcrest Drive, Pittsburgh, PA 15235-1018 |
| intp | + | BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14219443 | | Allegheny County Real Estate, c/o John Weinstein - County Treasure, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 14219445 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road, Dallas, TX 75240 |
| 14231888 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14264818 | | Federal National Mortgage Association, c/o Seterus, Inc., PO Box 2008, Grand Rapids, MI 49501-2008 |
| 14206905 | + | PNC Bank National Association, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14219446 | + | Peoples Natural Gas, P.O. Box 26784, Richmond, VA 23261-6784 |
| 14219447 | + | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 14231887 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14219449 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14219451 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Suite 200, Beaverton, OR 97076-4121 |
| 14219453 | | Stuart-Lippman & Associates, Inc., Stuart-Lippman & Associates, Inc., 5447 E 5th Street, Suite 110, Tucson, AZ 85711-2345 |
| 14650882 | | US Bank Trust N.A, as Trustee, c/o BSI Financial Services, 1525 Greenway Dr., Ste. 400, Irving, TX 75038 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14284962 | + Email/Text: kburkley@bernsteinlaw.com | Aug 12 2021 23:13:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14219444 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 12 2021 23:20:25 | Chase, P.O. Box 469030, Denver, CO 80246 |
| 14220624 | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2021 23:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | Seterus, Inc. as the authorized subservicer for Fe |
| cr | | US Bank Trust N.A, as Trustee of Bungalow Series F |
| 14219452 | | Standard Insurance Company |

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Aug 12, 2021     Form ID: pdf900     Total Noticed: 18

| | | |
|---|---|---|
| 14219448 | *+ | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 14219450 | *+ | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14219454 | * | Stuart-Lippman & Associates, Inc., Stuart-Lippman & Associates, Inc., 5447 E 5th Street, Suite 110, Tucson, AZ 85711-2345 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Andrew F Gornall
    on behalf of Creditor PNC Bank  NA agornall@gornall-law.com

Brian Nicholas
    on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com

Brian E. Caine
    on behalf of Creditor US Bank Trust N.A  as Trustee of Bungalow Series F Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor PNC Bank  NA pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren M. Lamb
    on behalf of Debtor Karen L. Sapp julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Matthew Christian Waldt
    on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 13